The People of the State of New York ex rel. Charles W. Brown,

---

Respondent, v. General George A. Custer Garrison No. 2, Army and Navy Union of the United States of America, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The alternative writ in question is insufficient on its face. (Code Civ. Proc. § 2076; *People ex rel. Ajas* v. *Department of Health*, 138 App. Div. 559.) Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.